United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYHAN MOHANNA,<br><br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB,<br><br>    Defendant. | Case No. 4:21-cv-03557-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 16 |

PLEASE TAKE NOTICE that the chambers copy of Defendant's Request for Judicial Notice was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

[ ]    consists of a stack of loose paper wrapped with a rubber band;

[ ]    consists of a stack of loose paper fastened with a binder clip or a paper clip;

[ ]    is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

[x]    has no tabs for the voluminous exhibits;

[ ]    includes exhibits that are illegible;

[ ]    includes exhibits that are unreadable because the print is too small;

[ ]    includes text and/or footnotes in a font smaller than 12 point;

[ ]    includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

[ ]    is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court. Defendant shall submit a chambers copy in a format that is usable by the court no later than **July 26, 2021**.

IT IS SO ORDERED.

Dated: July 21, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge