UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYHAN MOHANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB,<br><br>    Defendant. | Case No. 4:21-cv-03557-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING HEARING ON MOTION TO DISMISS<br><br>Re: Dkt. No. 15 |

On July 12, 2021, Defendant filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was July 26, 2021.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **August 20, 2021**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed.  These shall be filed as separate documents.  Should an opposition be filed, Defendant may file a reply on or before August 27, 2021.

Plaintiff is advised that the failure to file both an opposition and a response to this order to show cause will result in the motion to dismiss being granted as unopposed and without leave to amend, and the case being dismissed with prejudice.

///

1   Finally, the August 19, 2021 hearing on the motion to dismiss is continued to October 7,
2   2021 at 1:30 PM.
3   IT IS SO ORDERED.
4   Dated: August 4, 2021

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge