## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTES

| **Date:** 10/28/2021 | **Time:** 2:55p.m.-3:04p.m. | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.**: 21-cv-03557-KAW | **Case Name:** Mohanna v. Wilmington Savings Fund Society FSB | |

**For Plaintiff(s):** Keyhan Mohanna, pro se
**For Defendant(s):** Todd Evan Chvat

**Deputy Clerk:** William F. Tabunut          **Recorded via Zoom:** 2:55-3:04

## PROCEEDINGS

Hearing on defendant's motion to dismiss held. The matter is taken under submission. The Court to issue written ruling.