UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEYHAN MOHANNA, Individually and Keyhand Mohanna, Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB,<br><br>    Defendant - Appellee. | No. 22-15044<br><br>D.C. No. 4:21-cv-03557-KAW<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

A review of the docket demonstrates that appellant has failed to respond to the January 12, 2022 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7